DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ISTE, INC.,**
Appellant,

v.

**BOCA GAS COMPANY HOLDINGS 2, LLC,** et al.,
Appellees.

No. 4D2024-1903

[December 18, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A Casey, Judge; L.T. Case No. CACE22-000647.

Victor K. Rones of Law Offices of Victor K. Rones, P.A., North Miami Beach, for appellant.

Richard L. Allen and George N. Andrews of KHL Law, Miami, for appellee Boca Gas Company Holdings 2, LLC.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***